IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LATIERRA PHILLIPS, as mother and next friend of LA SHUNDRA HARRIS, LA SHONE HARRIS, CORNELIOUS HARRIS and LA'WARRON PHILLIPS**,<br><br>Plaintiffs,<br><br>v.<br><br>**HOUSING AUTHORITY OF THE BIRMINGHAM DISTRICT, TIMOTHY CLARK and WASH CO.**,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **CIVIL ACTION NUMBER**<br>        **2:03-cv-0616-PWG** |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

On September 11, 2003, United States Magistrate Judge Paul W. Greene entered an order ruling on defendant Housing Authority of the Birmingham District's Motion to Dismiss. Pursuant to Rule 72(b) plaintiffs filed objections.

After *de novo* consideration of the record, the applicable law, Magistrate Judge Greene's order, plaintiffs' objections and briefs by the parties and *amici*, it is ORDERED that:

(1)   plaintiffs' objections are OVERRULED;

(2)   the rulings made by Magistrate Judge Greene in his September 11, 2003 order are

   ADOPTED as follows:

   (a)   the motion of HABD to dismiss counts I, II, III,  XII and XIII is GRANTED;

(b)   the motion of HABD to dismiss counts VII, VIII, IX, X and XI is DENIED without prejudice;

(c)   the motion to dismiss counts XIV through XXIX is DENIED without prejudice to defendant's right to reassert these claims in a dispositive motion.

Done this 13th day of January, 2005.

                                                U.W. Clemon
                                    Chief United States District Judge